1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   FAIR HOUSING FOUNDATION, a non          Case No. CV08-06068 DSF (MANx)
     profit California Corporation,
12                                           **ORDER TO SHOW CAUSE WHY**
                       Plaintiff,            **ORDER FOR SALE OF DWELLING**
13                                           **SHOULD NOT BE MADE**
                 vs.
14
     ARGELIA VALLES, an individual;
15   ARTURO VALLES, an individual;
     DOES 1-10 inclusive,
16
                       Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Having considered the Application for Order for Sale of Dwelling and Issuance of Order to Show Cause Why Order for Sale of Dwelling Should Not Be Made (the "Application") filed by plaintiff and judgment creditor Fair Housing Foundation on March 18, 2011 -- and again on March 22 -- and good cause appearing therefor,

IT IS HEREBY ORDERED that defendant and judgment debtor Argelia Valles appear in courtroom 840 of the United States District Court for the Central District of California, located at the Edward R. Roybal Center & Federal Building, 255 E. Temple Street, Los Angeles, California 90012, on June 6, 2011, at 1:30 p.m., and show cause why an Order for Sale of Dwelling should not be made in accordance with the Application for the real property commonly known as 2112 Randolph Street, Huntington Park, California 90255 (the "Property"). The Property is legally described as:

> Lot 20 in Block 1 of LA Park Tract No. 1, in the City of Huntington Park, County of Los Angeles State of California, as shown on map filed in Book 6, Page 174 of Maps in the office of the County Recorder of said County.

> Assessor's Parcel Number (APN): 6321-009-021

IT IS HEREBY FURTHER ORDERED that, pursuant to Section 704.770(b)(1) of the California Code of Civil Procedure, not later than 30 days before the time set for the Hearing, Fair Housing Foundation shall serve on all parties a copy of this Order, a copy of the Application, a copy of the Proposed Order for Sale of Dwelling, and a copy of the notice of the hearing in the form prescribed by the Judicial Council. Service shall be made personally or by mail.

IT IS HEREBY FURTHER ORDERED that, pursuant to Section 704.770(b)(2) of the California Code of Civil Procedure, not later than 30 days before the time set for the Hearing, Fair Housing Foundation shall personally serve

on an occupant of the Property, a copy of this Order, a copy of the Application, a copy of the Proposed Order for Sale of Dwelling, and a copy of the notice of the hearing in the form prescribed by the Judicial Council.  If no occupant is present at the time service is attempted, Fair Housing Foundation shall post a copy of each document in a conspicuous place at the Property.

The hearing on the pending (and seemingly superfluous) Motion for Order Determining Claim of Exemption is continued to June 6, 2011, at 1:30 p.m.

Defendant/Judgment Debtor's written opposition to the Application and the Motion for Order Determining Claim of Exemption are due 21 days prior to the Hearing.  Any written replies are due 14 days prior to the Hearing.

 **IT IS SO ORDERED**:

4/26/11

_____     _____

       Date                                   Honorable Dale S. Fischer,
                                               United States District Judge